Official Form 3
(12/03)

Case 05-63275    Doc 3    Filed 11/02/05    Entered 11/02/05 09:33:32    Desc
Application/Order to Pay Filing Fees in Installments    Page 1 of 1

# United States Bankruptcy Court

### District Of _____

In re Victor Sarno and Diana Sarno ,

_____
Debtor

Case No. 05-63275

Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.     In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 209 in installments.

274- Ewily

2.     I certify that I am unable to pay the Filing Fee except in installments.

3.     I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.     I propose the following terms for the payment of the Filing Fee.*

$ 25 _____ Check one ☒ With the filing of the petition, or
                          ☐ On or before _____

$ 75 _____ on or before November 30, 2005

$ 109 174 _____ on or before December 30, 2005

$ Eilw _____ on or before _____

*     The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.     I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Ernest E. Wiley, Jr.    10/17/05
Signature of Attorney    Date

Ernest E. Wiley, Jr.
Name of Attorney

Victor Sarno    10/17/05
Signature of Debtor    Date
(In a joint case, both spouses must sign.)

Diana Sarno    10/17/05
Signature of Joint Debtor (if any)    Date

_____

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept any money or any other property from the debtor before the filing fee is paid in full.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c)).

_____
Address

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV - 2 2005

KENNETH S. GARDNER, CLERK
PS REP. - AI

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x_____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*