UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Victor and Diana Sarno, | ) | Case No. 05-63275 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

**Trustee's Final Report**

To:   The Honorable Pamela S. Hollis
United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on November 2, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the November 2, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of December 26, 2007 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $17,418.12 |
| b. | DISBURSEMENTS (See Exhibit C) | $1,243.95 |
| c. | NET CASH available for distribution | $16,174.17 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1.   Trustee compensation requested | $2,491.03 |
| | 2.   Trustee Expenses | $0.00 |
| | 3.   Compensation requested by attorney or other professionals for trustee | |

| | | |
|---|---|---:|
| (a.) | Popowcer Katten, Ltd<br>*Accountant for Trustee*<br>*Fees (Other Firm)* | $945.00 |
| (b.) | Joseph A. Baldi &<br>Associates, P.C.<br>*Attorney for Trustee Fees*<br>*(Trustee Firm)* | $4,070.00 |
| (c.) | Joseph A. Baldi &<br>Associates, P.C.<br>*Attorney for Trustee*<br>*Expenses (Trustee Firm)* | $78.75 |

5.  The Bar Date for filing unsecured claims expired on May 2, 2006.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $8,814.28 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $9,649.20 |

7.  Trustee proposes that unsecured creditors receive a distribution of 89.00% of allowed claims.

8.  The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| <u>JOSEPH A. BALDI, TRUSTEE</u><br>*Trustee Compensation* | $0.00 | $2,491.03 | $0.00 |
| <u>JOSEPH A. BALDI & ASSOCIATES, P.C.</u><br>*Attorney for Trustee* | $0.00 | $4,070.00 | $78.75 |
| <u>POPOWCER KATTEN, LTD</u><br>*Accountant for Trustee* | $0.00 | $945.00 | $0.00 |

9. A fee of $1,250.00 was paid to Debtors' Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: January 18, 2008

/s/
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

Trustee's Final Report

Victor & Diana Sarno
Case No. 05-63275

Tasks Completed by Trustee

Exhibit A

# EXHIBIT A
## TASKS PERFORMED BY TRUSTEE

A.   Trustee verified the ownership of a 1999 Ford F450 dump truck formerly used by Debtors in a landscape business they operated ("Truck) and obtained title to the Truck from the Secretary of States office; Trustee employed an auctioneer to appraise and sell the Truck at public auction; Trustee prepared and presented his Motion to Sell the Property; thereafter, an auction was held and the Truck was sold whereby the Estate recovered gross proceeds of $17,255.00;

B.   Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C.   Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D.   Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E.   Trustee examined, analyzed and verified proofs of claim filed against the Estate; Trustee analyzed the expenses submitted by the auctioneer and obtained court authority to pay the auction expenses as an administrative expense of the Estate;

F.   Trustee employed an accountant; Trustee directed the accountant to prepare Estate tax returns; and

G.   Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

EXHIBIT A

**Trustee's Final Report**  **Victor & Diana Sarno**
Case No. 05-63275

Form I

Individual Estate Property Record and Report

Exhibit B

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 05-63275  PSH  Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SARNO, VICTOR | Date Filed (f) or Converted (c): | 11/02/05 (f) |
|  | SARNO, DIANA | 341(a) Meeting Date: | 01/23/06 |
| For Period Ending: | 01/18/08 | Claims Bar Date: | 05/02/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash on Hand | 10.00 | 0.00 |  | 0.00 | FA | 0.00 | 10.00 |
| 2. Checking, Savings Accounts Bank One (Schiller Park) | 247.00 | 0.00 |  | 0.00 | FA | 0.00 | 247.00 |
| 3. Checking, Savings Accounts TCF Bank (Schiller Park) | 400.00 | 0.00 |  | 0.00 | FA | 0.00 | 400.00 |
| 4. Checking, Savings Accounts TCF Bank (Schiller Park) | 6.00 | 0.00 |  | 0.00 | FA | 0.00 | 6.00 |
| 5. Household Goods & Furnishings | 1,500.00 | 0.00 |  | 0.00 | FA | 0.00 | 1,500.00 |
| 6. Wearing Apparel | 500.00 | 0.00 |  | 0.00 | FA | 0.00 | 500.00 |
| 7. Pension or Profit Sharing John Crane, Inc. pension or 401k - wifes | 16,000.00 | 0.00 |  | 0.00 | FA | 0.00 | 16,000.00 |
| 8. Automobiles and Other Vehicles 1997 Chevy Venture mini van - 156,000 miles | 2,500.00 | 0.00 |  | 0.00 | FA | 0.00 | 2,500.00 |
| 9. Autos,Trucks,Trailors,other Vehicle (u) 1999 Ford F450 dump truck, used in business, titled in debtors | Unknown | 0.00 |  | 17,255.00 | FA | 0.00 | 0.00 |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 163.12 | Unknown | 0.00 | 0.00 |

|  |  |  |  |  | Gross Value of Remaining Assets |  |  |
| TOTALS (Excluding Unknown Values) | $21,163.00 | $0.00 |  | $17,418.12 | $0.00 | $0.00 | $21,163.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Conducted auction and recovered $17,000 for dump truck. Reviewed claims and will close case.

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/07

LFORM1EX    Ver: 12.61a

Trustee's Final Report

Victor & Diana Sarno
Case No. 05-63275

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63275 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SARNO, VICTOR | Bank Name: | Bank of America, N.A. |
| | SARNO, DIANA | Account Number / CD #: | *******0601  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2855 | | |
| For Period Ending: | 01/18/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  11/21/06 | | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL  60455 | Gross Proceeds: Sale of Dump Truck | 1229-000 | 17,255.00 | | 17,255.00 |
| 11/21/06 | 9 | Asset Sales Memo: | Autos,Trucks,Trailors,other Vehicle  $17,255.00 | | | | 17,255.00 |
| C  11/30/06 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.86 | | 17,256.86 |
| C  12/29/06 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 14.65 | | 17,271.51 |
| C  01/31/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 14.67 | | 17,286.18 |
| C t 02/08/07 | | Transfer to Acct #*******0740 | Bank Funds Transfer Transfer funds to pay auctioneer expenses per court order 2/8/07. | 9999-000 | | 1,057.50 | 16,228.68 |
| C t 02/20/07 | | Transfer to Acct #*******0740 | Bank Funds Transfer | 9999-000 | | 14.45 | 16,214.23 |
| C  02/28/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 12.65 | | 16,226.88 |
| C  03/30/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 13.78 | | 16,240.66 |
| C  04/30/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 13.35 | | 16,254.01 |
| C  05/31/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 13.80 | | 16,267.81 |
| C  06/29/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 13.37 | | 16,281.18 |
| C  07/31/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 13.83 | | 16,295.01 |
| C  08/31/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 13.84 | | 16,308.85 |
| C  09/28/07 | 10 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 10.39 | | 16,319.24 |
| C  10/31/07 | 10 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 10.40 | | 16,329.64 |
| C  11/30/07 | 10 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 8.72 | | 16,338.36 |
| C  12/31/07 | 10 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 7.81 | | 16,346.17 |
| t  01/18/08 | | Transfer to Acct #*******0740 | Bank Funds Transfer Tranfer funds to pay IDOR post-petition tax liabilities | 9999-000 | | 172.00 | 16,174.17 |

LFORM2T4

Ver: 12.61a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63275 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SARNO, VICTOR | | Bank Name: | Bank of America, N.A. |
| | SARNO, DIANA | | Account Number / CD #: | *******0740 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2855 | | | |
| For Period Ending: | 01/18/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/08/07 | | Transfer from Acct #*******0601 | Bank Funds Transfer | 9999-000 | 1,057.50 | | 1,057.50 |
| | | | Transfer funds to pay auctioneer expenses per court order 2/8/07. | | | | |
| C 02/08/07 | 001001 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | Trustee's Auctioneer's Expense Allowed per court order dtd 2/8/07. | 3620-000 | | 1,057.50 | 0.00 |
| C t 02/20/07 | | Transfer from Acct #*******0601 | Bank Funds Transfer | 9999-000 | 14.45 | | 14.45 |
| C 02/20/07 | 001002 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 | | 2300-000 | | 14.45 | 0.00 |
| t 01/18/08 | | Transfer from Acct #*******0601 | Bank Funds Transfer Tranfer funds to pay IDOR post-petition tax liabilities | 9999-000 | 172.00 | | 172.00 |
| 01/18/08 | 001003 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | Estate of Victor Sarno, debtor 75-6802855 2006 Form IL-1041 | 2820-000 | | 86.00 | 86.00 |
| 01/18/08 | 001004 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | Estate of Diana Sarno, debtor 26-6154522 2006 Form-IL 1041 | 2820-000 | | 86.00 | 0.00 |

LFORM2T4

Ver: 12.61a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-63275 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | SARNO, VICTOR | Bank Name: | Bank of America, N.A. |
| | SARNO, DIANA | Account Number / CD #: | *******0601 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2855 | | |
| For Period Ending: | 01/18/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | |
| --- | --- | --- | --- |
| Account *******0601 | Balance Forward | 0.00 | |
| 2 | Deposits | 17,255.00 | 0 Checks 0.00 |
| 14 | Interest Postings | 163.12 | 0 Adjustments Out 0.00 |
| | | | 3 Transfers Out 1,243.95 |
| | Subtotal | $ 17,418.12 | |
| | | | Total $ 1,243.95 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 17,418.12 | |

LFORM2T4

Ver: 12.61a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 05-63275 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SARNO, VICTOR | Bank Name: | Bank of America, N.A. |
| | SARNO, DIANA | Account Number / CD #: | *******0740 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2855 | | |
| For Period Ending: | 01/18/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

```
Account   *******0740       Balance Forward         0.00
                        0   Deposits                0.00        4   Checks              1,243.95
                        0   Interest Postings       0.00        0   Adjustments Out         0.00
                                                                0   Transfers Out           0.00
                            Subtotal        $       0.00
                                                                    Total       $       1,243.95
                        0   Adjustments In          0.00
                        3   Transfers In        1,243.95

                            Total           $   1,243.95


Report Totals               Balance Forward         0.00
                        2   Deposits           17,255.00        4   Checks              1,243.95
                       14   Interest Postings     163.12        0   Adjustments Out         0.00
                                                                3   Transfers Out       1,243.95
                            Subtotal        $  17,418.12
                                                                    Total       $       2,487.90
                        0   Adjustments In          0.00
                        3   Transfers In        1,243.95

                            Total           $  18,662.07        Net Total Balance   $  16,174.17
```

LFORM2T4

Ver: 12.61a

Trustee's Final Report

Victor & Diana Sarno
Case No. 05-63275

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| Victor and Diana Sarno, ) | Case No. 05-63275 | |
| ) | | |
| Debtors. ) | Hon. Pamela S. Hollis | |

**Trustee's Proposed Distribution Report**

I, Joseph A. Baldi, Trustee, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $7,584.78 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $8,589.39 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$16,174.17** |

EXHIBIT D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $8,814.28 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $2,491.03 | $2,491.03 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $4,070.00 | $4,070.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses* | $78.75 | $78.75 |
| | Popowcer Katten, Ltd<br>*Accountant for Trustee Fees* | $945.00 | $945.00 |
| | American Auction Associates<br>*Auctioneer for Trustee Expenses* | $1,057.50 | $0.00 |
| | IL Dept of Revenue<br>*Post-petition Income Tax* | $172.00 | $0.00 |
| | **CLASS TOTALS** | **$8,814.28** | **$7,584.78** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

**EXHIBIT D**

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid <u>prorata</u> after costs of administration and priority claims are paid in full | $ 9,649.20 | 89.02 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000001 | Ford Motor Credit<br>*General Unsecured 726* | $6,298.79 | $5,606.97 |
| 00000002 | Wells Fargo Financial Illinois, Inc<br>*General Unsecured 726* | $1,041.03 | $926.69 |
| 00000003 | World Financial Network National BA<br>*General Unsecured 726* | $2,309.38 | $2,055.73 |
| | **CLASS TOTALS** | **$9,649.20** | **$8,589.39** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

EXHIBIT D

PROPOSED DISTRIBUTION REPORT                                         PAGE 5 of 5

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____January 18, 2008_____          _____/s/ Joseph A. Baldi, trustee_____

EXHIBIT D