UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| VICTOR & DIANA SARNO, | ) | Case No. 05-63275 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

**Order Awarding Trustee Compensation**

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows;

1. Compensation     $2,491.03


    TOTAL     $2,491.03

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____


ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE