UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| VICTOR & DIANA SARNO, | ) | Case No. 05-63275 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

### Order Awarding Compensation and Expenses to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows;

1. Compensation     $4,070.00
2. Expenses         $78.75

   TOTAL            $4,148.75

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____


ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE