UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| Victor and Diana Sarno, ) | | Case No. 05-63275 |
| ) | | |
| Debtors. ) | | Hon. Pamela S. Hollis |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, IL

    On: **May 27, 2008**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $17,418.12 |
    | Disbursements | $1,243.95 |
    | Net Cash Available for Distribution | $16,174.17 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $2,491.03 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES<br>*Attorney for Trustee* | $0.00 | $4,070.00 | $78.75 |
| POPOWCER KATTEN, LTD<br>*Accountant for Trustee* | $0.00 | $945.00 | $0.00 |
| IL DEPT OF REVENUE<br>*Post-petition Taxes* | $172.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

    Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $9,649.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 89.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Ford Motor Credit | $6,298.79 | $5,606.97 |
| 2 | Wells Fargo Financial Illinois, Inc | $1,041.03 | $926.69 |
| 3 | World Financial Network Nat'l BA | $2,309.38 | $2,055.73 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **April 18, 2008**                                             For the Court,

                                                          By:   **KENNETH S. GARDNER**
                                                                Kenneth S. Gardner
                                                                Clerk of the U.S. Bankruptcy Court
                                                                219 S. Dearborn, 7th Floor
                                                                Chicago, Illinois  60604

Trustee:     Joseph A. Baldi
Address:     Suite 1500
             19 South Lasalle Street
             Chicago, IL  60603
Phone No.:   (312) 726-8150

<mark>BAE SYSTEMS</mark>
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1        Date Rcvd: Apr 18, 2008
Case: 05-63275                 Form ID: pdf002             Total Served: 17


The following entities were served by first class mail on Apr 20, 2008.
 db           +Victor Sarno,    2920 Beulah,    River Grove, IL 60171-1312
 jdb          +Diana Sarno,    2920 Beulah,    River Grove, IL 60171-1312
 aty          +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
                Chicago, IL 60603-1413
 aty          +Ernest Eugene Wiley Jr,    Ernest Wiley & Associates,    1701 S 1st Avenue Suite #204,
                Maywood, IL 60153-2400
 tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                Chicago, IL 60603-1413
10464626      +Angela Cupello,    C/o Dennis M. Sbertoli, Atty,    P.O. Box 1482,    LaGrange Park, IL 60526-9582
10464627      +Beneficial,    4046 Narragansett Ave.,    Chicago, IL 60634-1586
10464628      +Ford Credit Corp.,    P.O. Box 219825,    Kansas City, MO 64121-9825
10476080      +Ford Motor Credit LLC,    Drawer 55-953,    P O Box 55000,    Detroit, MI 48255-0001
10464625       Harlem Furniture,    The Room Place,    P.O. Box 659704,    Subiaco, AR 72865-9704
10464629      +Household Credit Service,    P.O. Box 17051,    Baltimore, MD 21297-1051
10464630      +Joseph F Zucchero, DDS,    C/o I.C. Systems, Inc.,    444 Highway 96 East,    P.O. Box 64437,
                Saint Paul, MN 55164-0437
10464631      +Menards,    P.O. Box 17602,    Baltimore, MD 21297-1602
10464633      +Ray Pace & Cleopatra Pace,    C/o Andrew S. Ryerson, Atty.,    639 S. Lincoln Lane,
                Arlington Heights, IL 60005-2716
10464632      +Wells Fargo,    P.O. Box 98798,    Las Vegas, NV 89193-8798
10594633      +Wells Fargo Financial Illinois, Inc,    4137 121st st,    Urbandale, IA 50323-2310
10711834      +World Financial Network National Bank,    Harlem Furniture,    c/o Weinstein & Riley, P.S.,
                2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10464624       Sarnoli,.
aty*          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                Chicago, IL 60603-1413
11890041*     +Ford Motor Credit Company,    Drawer 55-953,    P.O. Box 55000,    Detroit, MI 48255-0001
11889997*     +Ford Motor Credit Company LLC,    Drawer 55-953,    P.O. Box 55000,    Detroit, MI 48255-0001
                                                                                               TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2008**                   **Signature:**   _Joseph Speetjens_