UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Victor & Diane Sarno, | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtors. | ) | Case No. 05-63275 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To: The Honorable Pamela S. Hollis
    United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:  July 17, 2008

                                              /s/
                                        _____
                                        Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| VICTOR & DIANA SARNO, | ) | Case No. 05-63275 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

### Order Awarding Trustee Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows:

      1.  Compensation      $2,491.03

          TOTAL      $2,491.03

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____

UNITED STATES BANKRUPTCY JUDGE

MAY 2 7 2008

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| VICTOR & DIANA SARNO, | ) | Case No. 05-63275 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

### Order Awarding Compensation and Expenses to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows;

1. Compensation     $4,070.00
2. Expenses         $78.75

    TOTAL           $4,148.75

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

MAY 2 7 2008

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| VICTOR & DIANA SARNO, | ) | Case No. 05-63275 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

### Order Awarding Compensation to Trustee's Accountants

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation to Trustee's Accountants, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd., Accountants for Trustee is allowed compensation as follows;

      1. Compensation     $945.00

            TOTAL     $945.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
             UNITED STATES BANKRUPTCY JUDGE

MAY 2 7 2008

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SARNO, VICTOR | ) | Case No. 05-63275 |
| SARNO, DIANA | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $7,584.78 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $8,608.76 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $16,193.54 |

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $8,814.28 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $2,491.03 | $2,491.03 |
| | Illinois Dept. Of Revenue *Other State or Local Taxes* | $86.00 | $0.00 |
| | Illinois Dept. Of Revenue *Other State or Local Taxes* | $86.00 | $0.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $4,070.00 | $4,070.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses* | $78.75 | $78.75 |
| | Popowcer Katten, Ltd *Accountant for Trustee Fees* | $945.00 | $945.00 |
| | American Auction Associates *Auctioneer for Trustee Expenses* | $1,057.50 | $0.00 |
| | **CLASS TOTALS** | **$8,814.28** | **$7,584.78** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid *pro rata* after costs of administration and priority claims are paid in full | $ 9,649.20 | 89.22 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000001 | Ford Motor Credit *General Unsecured 726* | $6,298.79 | $5,619.61 |
| 00000002 | Wells Fargo Financial Illinois, Inc *General Unsecured 726* | $1,041.03 | $928.78 |
| 00000003 | World Financial Network National *General Unsecured 726* | $2,309.38 | $2,060.37 |
| | CLASS TOTALS | $9,649.20 | $8,608.76 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE<br>OF<br>CLAIM | CLAIM<br>NUMBER | CREDITOR<br>AND<br>ADDRESS | AMOUNT<br>OF<br>CLAIM | DISALLOWED/<br>WITHDRAWN<br>(DESIGNATE) |
|---|---|---|---|---|

**None.**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: May 30, 2008                          _____ /s/ Joseph Baldi, trustee _____

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

Form 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-63275 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SARNO, VICTOR | | Bank Name: | Bank of America, N.A. |
| | SARNO, DIANA | | Account Number / CD #: | *******0601 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2855 | | | |
| For Period Ending: | 07/17/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 11/21/06 | 9 | AMERICAN AUCTION ASSOCIATES, INC. | Gross Proceeds: Sale of Dump Truck | 1229-000 | 17,255.00 | | 17,255.00 |
| | | | 8515 S. THOMAS AVENUE | | | | | |
| | | | BRIDGEVIEW, IL 60455 | | | | | |
| C | 11/30/06 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.86 | | 17,256.86 |
| C | 12/29/06 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.65 | | 17,271.51 |
| C | 01/31/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.67 | | 17,286.18 |
| C t | 02/08/07 | | Transfer to Acct #*******0740 | Bank Funds Transfer | 9999-000 | | 1,057.50 | 16,228.68 |
| C t | 02/20/07 | | Transfer to Acct #*******0740 | Bank Funds Transfer | 9999-000 | | 14.45 | 16,214.23 |
| C | 02/28/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 12.65 | | 16,226.88 |
| C | 03/30/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.78 | | 16,240.66 |
| C | 04/30/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.35 | | 16,254.01 |
| C | 05/31/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.80 | | 16,267.81 |
| C | 06/29/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.37 | | 16,281.18 |
| C | 07/31/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.83 | | 16,295.01 |
| C | 08/31/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.84 | | 16,308.85 |
| C | 09/28/07 | 10 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 10.39 | | 16,319.24 |
| C | 10/31/07 | 10 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 10.40 | | 16,329.64 |
| C | 11/30/07 | 10 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 8.72 | | 16,338.36 |
| C | 12/31/07 | 10 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 7.81 | | 16,346.17 |
| C t | 01/18/08 | | Transfer to Acct #*******0740 | Bank Funds Transfer | 9999-000 | | 172.00 | 16,174.17 |
| C | 01/31/08 | 10 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 6.45 | | 16,180.62 |
| C | 02/29/08 | 10 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 3.85 | | 16,184.47 |
| C | 03/31/08 | 10 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 3.83 | | 16,188.30 |
| C | 04/30/08 | 10 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 3.32 | | 16,191.62 |
| C | 05/30/08 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.92 | | 16,193.54 |
| C t | 05/30/08 | | Transfer to Acct #*******0740 | Final Posting Transfer | 9999-000 | | 16,193.54 | 0.00 |

LFORM2T4

Ver: 14.03

Form 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

| Case No.: | 05-63275 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SARNO, VICTOR | Bank Name: | Bank of America, N.A. |
| | SARNO, DIANA | Account Number / CD #: | *******0601 Money Market Account (Interest Earn |
| Taxpayer ID No.: | *******2855 | | |
| For Period Ending: | 07/17/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******0601 | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 17,255.00 | 0 | Checks | 0.00 |
| | 19 | Interest Postings | 182.49 | 0 | Adjustments Out | 0.00 |
| | | | | 4 | Transfers Out | 17,437.49 |
| | | Subtotal | $ 17,437.49 | | | |
| | | | | | Total | $ 17,437.49 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 17,437.49 | | | |

FORM2T4

Ver: 14.03

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Form 2                                                                                                          Page: 3

| Case No | 05-63275 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SARNO, VICTOR | | Bank Name: | Bank of America, N.A. |
| | SARNO, DIANA | | Account Number / CD #: | *******0740 Checking Account (Non-Interest Earn |
| Taxpayer ID No | *******2855 | | | |
| For Period Ending: | 07/17/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/08/07 | | Transfer from Acct #*******0601 | Bank Funds Transfer | 9999-000 | 1,057.50 | | 1,057.50 |
| C 02/08/07 | 001001 | AMERICAN AUCTION ASSOCIATES, INC. | Trustee's Auctioneer's Expense | 3620-000 | | 1,057.50 | 0.00 |
| | | 8515 S. THOMAS AVENUE | Allowed per court order dtd 2/8/07. | | | | |
| | | BRIDGEVIEW, IL 60455 | | | | | |
| C t 02/20/07 | | Transfer from Acct #*******0601 | Bank Funds Transfer | 9999-000 | 14.45 | | 14.45 |
| C 02/20/07 | 001002 | International Sureties, Ltd. | | 2300-000 | | 14.45 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans LA 70130 | | | | | |
| C t 01/18/08 | | Transfer from Acct #*******0601 | Bank Funds Transfer | 9999-000 | 172.00 | | 172.00 |
| C 01/18/08 | 001003 | ILLINOIS DEPT. OF REVENUE | Estate of Victor Sarno, debtor | 2820-000 | | 86.00 | 86.00 |
| | | P.O. BOX 19009 | 75-6802855 | | | | |
| | | SPRINGFIELD, IL 62794-9009 | 2006 Form IL- 1041 | | | | |
| C 01/18/08 | 001004 | ILLINOIS DEPT. OF REVENUE | Estate of Diana Sarno, debtor | 2820-000 | | 86.00 | 0.00 |
| | | P.O. BOX 19009 | 26-6154522 | | | | |
| | | SPRINGFIELD, IL 62794-9009 | 2006 Form IL 1041 | | | | |
| C t 05/30/08 | | Transfer from Acct #*******0601 | Transfer In From MMA Account | 9999-000 | 16,193.54 | | 16,193.54 |
| C 06/09/08 | 001005 | JOSEPH A. BALDI , as Trustee | | 2100-000 | | 2,491.03 | 13,702.51 |
| | | Joseph A. Baldi & Associates | | | | | |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| C 06/09/08 | 001006 | Joseph A. Baldi & Associates, P.C. | | 3110-000 | | 4,070.00 | 9,632.51 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| C 06/09/08 | 001007 | Joseph A. Baldi & Associates, P.C. | | 3120-000 | | 78.75 | 9,553.76 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| C 06/09/08 | 001008 | Popower Katten, Ltd | | 3410-000 | | 945.00 | 8,608.76 |
| | | 35 E. Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No. | 05-63275 -PSH |
| Case Name: | SARNO, VICTOR |
| | SARNO, DIANA |
| Taxpayer ID No: | *******2855 |
| For Period Ending: | 07/17/08 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0740  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   06/09/08 | 001009 | Chicago, Il 60601-2207<br>Ford Motor Credit<br>P O Box 537901<br>Livonia MI 48153-7901 | Claim 00000001, Payment 89.22% | 7100-000 | | 5,619.61 | 2,989.15 |
| C   06/09/08 | 001010 | Wells Fargo Financial Illinois, Inc<br>4137 121st st<br>Urbandale, IA  50323 | Claim 00000002, Payment 89.22% | 7100-000 | | 928.78 | 2,060.37 |
| C   06/09/08 | 001011 | World Financial Network National Bank<br>Harlem Furniture<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Claim 00000003, Payment 89.22% | 7100-000 | | 2,060.37 | 0.00 |

* Reversed
† Funds Transfer
C Bank Cleared

| Account  *******0740 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | | 11 | Checks | 17,437.49 |
| 0 | Interest Postings | 0.00 | | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| | | | | | Total | $    17,437.49 |
| 0 | Adjustments In | 0.00 | | | | |
| 4 | Transfers In | 17,437.49 | | | | |
| | Total | $ | 17,437.49 | | | |

LFORM2T4

Ver: 14.03

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63275 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SARNO, VICTOR | Bank Name: | Bank of America, N.A |
| | SARNO, DIANA | Account Number / CD #: | ******0740 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | ******2855 | | |
| For Period Ending: | 07/17/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | | | |
| | 1 | Deposits | 17,255.00 | 11 | Checks | | 17,437.49 |
| | 19 | Interest Postings | 182.49 | 0 | Adjustments Out | | 0.00 |
| | | | | 4 | Transfers Out | | 17,437.49 |
| | | Subtotal | $ 17,437.49 | | Total | $ | 34,874.98 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 4 | Transfers In | 17,437.49 | | | | |
| | | Total | $ 34,874.98 | | Net Total Balance | $ | 0.00 |